UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DARWIN DAVELL PAGE, | Case No. 22-11571 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| EBONY NENROD, *et al.*, | Kimberly G. Altman |
| | United States Magistrate Judge |
| Defendants. | |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S NOVEMBER 28, 2023
REPORT AND RECOMMENDATION (ECF No. 26)**

Currently before the Court is Magistrate Judge Kimberly G. Altman's November 28, 2023 Report and Recommendation. (ECF No. 26). Magistrate Judge Altman recommends granting Defendants' motions to dismiss or alternatively for summary judgment. (ECF No. 26, 15, 19). The court is fully advised in the premises and has reviewed the record and the pleadings. No parties have filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's recommended disposition. Therefore, the court **ACCEPTS** and **ADOPTS**

1

the Magistrate Judge's Report and Recommendation (ECF No. 26), **GRANTS** the Wellpath Defendants' motion to dismiss or alternatively for summary judgment (ECF No. 15), **GRANTS** the MDOC Defendants' motion to dismiss or alternatively for summary judgment (ECF No. 19), and **DISMISSES** the complaint without prejudice.

    **SO ORDERED**.

Date: January 3, 2024　　　　　　　　　　s/F. Kay Behm
　　　　　　　　　　　　　　　　　　　　F. Kay Behm
　　　　　　　　　　　　　　　　　　　　United States District Judge